# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: |
|---|---|
| Plaintiff, | **19MJ4828**<br>COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. § 952 and 960 |
| Shawna DALLAIRE, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about October 30, 2019, within the Southern District of California, Shawna DALLAIRE, did knowingly and intentionally import 500 grams and more, to wit: approximately 17.34 kilograms (38.23 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31st DAY OF OCTOBER 2019.

_____
HONORABLE BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On October 30, 2019, at approximately 4:20 PM, Shawna DALLAIRE, ("DALLAIRE"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #19. DALLAIRE was the driver, sole occupant, and registered owner of a 1999 Acura CL ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from DALLAIRE. DALLAIRE stated she was crossing the border to go to San Diego, California.

A CBPO utilized a density meter on the rear quarter panel and received high readings. A subsequent search of the rear quarter panels revealed packages. The vehicle was referred to secondary for further inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear quarter panels area of the vehicle.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the passenger side rear quarter panel area of the vehicle.

Further inspection of the vehicle resulted in the discovery of 32 packages concealed in the rear quarter panels of the vehicle, with a total approximate weight

1

of 17.34 kilograms (38.23 pounds). A sample of the substance contained within the packages field-tested positive for the characteristics of methamphetamine.

DALLAIRE was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.